UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa Darshelle Brewer,

    Plaintiff,

v.                                                                            Case No.  13-14409

Commissioner of Social Security,                   Honorable Sean F. Cox

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff brought this action challenging the Commissioner's decision denying Plaintiff's claim for Supplemental Security Income ("SSI").  Thereafter, the matter was referred to Magistrate Judge Patricia Morris for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

Thereafter, the parties filed cross-motions for summary judgment.  In a Report and Recommendation ("R&R") issued on October 31, 2014, Magistrate Judge Morris recommends that: 1) Plaintiff's Motion for Summary Judgment be DENIED; and 2) the Commissioner's Motion for Summary be GRANTED, and that the Commissioner's decision be AFFIRMED.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby ADOPTS the October 31, 2014, R&R.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that the Commissioner's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated:  November 21, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 21, 2014, by electronic and/or ordinary mail.

                                          S/Jennifer McCoy
                                          Case Manager